IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE ANDERSONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL THEDE, et al., <br><br> Defendants. | 4:23-CV-3210 <br><br> ORDER |

IT IS ORDERED:

1. Defendant Jean Thede's motion to set aside entry of default (filing 94) is granted.

2. The Clerk's Entry of Default (filing 93) is set aside as to defendant Jean Thede.

3. Jean Thede shall answer or otherwise respond to the operative complaint on or before June 18, 2025.

Dated this 19th day of May, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge