IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE ANDERSONS, INC., | |
| Plaintiff, | 4:23-CV-3210 |
| vs. | |
| AMAZING GRAINS FARM, et al., | ORDER |
| Defendants. | |

This matter is before the Court on its own motion following filing of the plaintiff's Second Amended Complaint (filing 111), due to a number of defaulted defendants in this case. *See* filing 93.

It is well-established that an amended pleading supersedes the previous pleadings and moots the clerk's entry of default as to the superseded pleading. *See, e.g.*, *Allied World Ins. Co. v. CMM Mech., LLC*, No. 17-CV-835, 2022 WL 831878, at *1 (E.D. Ark. Feb. 25, 2022) (collecting cases); *Alfa Vision Ins. Corp. v. Lopez*, No. 17-CV-5201, 2019 WL 1150507, at *2 (W.D. Ark. Mar. 13, 2019) (explaining that "[f]or the sake of clarity of the record and to avoid confusion to the parties," a Clerk's default that refers to a defunct, superseded complaint is moot); *Greater St. Louis Const. Laborers Welfare Fund v. A.G. Mack Contracting Co., Inc.*, No. 08-CV-1947, 2009 WL 2916841, at *1 and n.1 (E.D. Mo. Sept. 4, 2009) (collecting cases). Accordingly, the Court will set aside the clerk's entry of default. The plaintiff may move for a new clerk's entry of default when the time for responding to the operative pleading has elapsed.

IT IS ORDERED that the clerk's entry of default (filing 93) is set aside in its entirety.

Dated this 21st day of October, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge